UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                                :
HERMES AVIATION CAPITAL, LLC,                                   :
                                                                :       **ORDER REGULATING**
                                                                :       **PROCEEDINGS**
                                            Plaintiff,           :
                                                                :
            -against-                                           :       24 Civ. 6723 (AKH)
                                                                :
AERO TRANSPORTE DE CARGA UNION S.A.                             :
DE C.V.,                                                        :
                                                                :
                                            Defendant.          :
                                                                :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

         A status conference having been held on December 13, 2024, the following

schedule is set: Defendant shall produce records and documents related to the maintenance and

operation of the engine during the tenure of the lessee by December 31, 2024. Defendant's

expert will review those documents and the engine and prepare a report by January 31, 2025.

Plaintiff's expert will review those documents and the engine and prepare a report by February

21, 2025. The experts, with counsel present, will meet and provide a report to this Court by

March 21, 2025. The parties will next appear before me for a status conference on March 21,

2025 at 10:00 a.m., to be conducted by telephone. The dial-in information for that status

conference will be provided in a future order.

         SO ORDERED.

                                                         /s/ Alvin K. Hellerstein
Dated:      December 13, 2024                   _____
            New York, New York                       ALVIN K. HELLERSTEIN
                                                     United States District Judge